IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01014-EWN-MEH

GUILLERMO NUNEZ,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation,
STONECREEK FUNDING CORPORATION, a Colorado corporation, and
THE BANK OF NEW YORK COMPANY, INC., a New York corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2007.**

    Defendants' Unopposed Motion for Leave to File Amended Answer [Filed July 17, 2007; Docket #15] is **granted**. The Clerk of the Court is directed to file the Amended Answer at Docket #15-2. Plaintiff shall file a reply to the counterclaim within 20 days after service of the Amended Answer in accordance with Fed. R. Civ. P. 12(a).