IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01014-EWN-MEH

GUILLERMO NUNEZ,

     Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a New York corporation,
STONECREEK FUNDING CORPORATION, a Colorado corporation, and
THE BANK OF NEW YORK COMPANY, INC., a New York corporation,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2007.**

     Defendants' Unopposed Motion for Authority [sic] to Participate in Settlement Conference by Telephone [<u>filed August 31, 2007; doc #28</u>] is **denied**.  While the Court understands the costs associated with travel, the Court finds that such costs are outweighed by the benefit of in-person participation of all parties toward a good faith attempt at resolving this matter before trial.